UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROYAL OVERHEAD DOOR, INC.**                                                              **PLAINTIFF**

v.                               **CASE NO. 4:09cv00714 BSM**

**MAXUM INDEMNITY COMPANY**                                                        **DEFENDANT**

## ORDER OF DISMISSAL

Upon the joint motion of plaintiff Royal Overhead Door, Inc., and defendant Maxum Indemnity Company [Doc. No. 6], this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE